# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ALEXANDER JOSEPH ARMMER,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. 1:22-cv-1562-AMM-SGC |
| | ) |
| **SEAN SNIDER,** | ) |
| | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on February 15, 2024, recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed for failure to exhaust administrative remedies. Doc. 13. The Clerk of Court mailed copies of the report and recommendation to the petitioner at his address of record and to the institution to which it appears the petitioner has been transferred. *See* Doc. 14. The deadline to object to the report and recommendation has expired; the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the claims in this matter will be dismissed without prejudice as unexhausted.

The Clerk of Court is **DIRECTED** to mail copies of this memorandum opinion and the accompanying final judgment to petitioner at both his address of record and his suspected new address:

FCI Forrest City Medium
Federal Correction Institution
P.O. Box 3000
Forrest City, AR 72336.

A final judgment will be entered.

**DONE** and **ORDERED** this 12th day of March, 2024.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE